**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1985**

---

MATTHEW JONES,

        Plaintiff - Appellant,

    v.

MARYLAND STATE POLICE; SALISBURY MARYLAND POLICE; BALTIMORE MARYLAND POLICE,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Julie R. Rubin, District Judge.  (1:23-cv-03311-JRR)

---

Submitted:  December 5, 2024               Decided:  December 9, 2024

---

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Matthew Jones, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Jones seeks to appeal the district court's order denying a defendant's motion to dismiss his complaint for failure to state a claim and granting Jones 28 days to file an amended complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Jones seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*